

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/16/2020

Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

July 15, 2020

**Via ECF**

Honorable Andrew L. Carter Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

      Re:    *Lopez et al., v. Lucero Produce II Corp. et al.*,
              19 Civ. 11619 (ALC)

Dear Judge Carter:

      We represent the defendants in the above-captioned action and write with the consent of plaintiffs' counsel.  On June 30, 2020, the parties reached a settlement in principle through a mediation session.  On July 6, 2020, the undersigned wrote to Magistrate Judge Netburn to inform the Court that the initial conference scheduled for July 14, 2020 was no longer necessary.  Magistrate Judge Netburn set a deadline of July 20, 2020 for the parties to submit an executed settlement agreement accompanied by supporting documents in line with *Cheeks*.  While the parties remain confident that the settlement agreement is forthcoming, they need additional time for final editing, review (and for the plaintiffs such review will require translation) and execution of the relevant documents. We respectfully request an extension of two weeks from July 20, 2020 or by August 3, 2020 in which to submit the executed settlement and supporting *Cheeks* documents for the Court's review.

      We thank the Court in advance for its consideration of these matters.

                                 Respectfully submitted,

                                   /s/

                                 Charles Edgar

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 16, 2020

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com