UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ESTANISLAO MARTIN PEREZ LOPEZ,
et. al,

                Plaintiffs,                19-cv-11619 (ALC)

      -against-                    **ORDER APPROVING SETTLEMENT**

LUCERO PRODUCE II CORP. et. al,

                Defendants.
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Settlement Agreement filed by the Parties on August 14, 2020. ECF No. 31. The Court has reviewed the Settlement Agreement as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court finds it to be fair and reasonable and approves the Settlement. Accordingly, this matter is hereby discontinued with prejudice and without costs or fees as to any party.

**SO ORDERED.**

**Dated**:   September 21, 2020
              New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**